UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROYAL KING, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JEREMY GALINDO, an individual; and DOES 1 through 30, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2-22-CV-07295<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE  [9] |

Before the Court is Joint Stipulation of Dismissal with Prejudice (the "Joint Stipulation") by and between Plaintiff Christopher Royal King and Defendant Jeremy Galindo (collectively the "Parties"), wherein the Parties stipulate to the dismissal with prejudice of this action, including all claims against all parties, with each party to bear its own attorney fees and costs, with the further agreement that this Court will retain jurisdiction to enforce the Parties' Settlement Agreement.

The Court, having reviewed the Joint Stipulation, and for good cause shown, hereby **ORDERS** that claims and causes of action against all parties in this action are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: 1/18/2023                   _____
                                                                  United States District Judge